UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: April 23, 2025

CASE NO. 5:24 CR 347

COURT REPORTER: GEORGE STAIDUHAR

MOTION HEARING

UNITED STATES OF AMERICA

-VS-

ANTOINE D. COOK

APPEARANCES: Plaintiff: Pete Daly
Defendant: James Kersey

PROCEEDINGS: Hearing held on Def's Motion to Suppress. Opening statements made. USA calls following witness(es): PO JOHN ZUBICK; (2) PO ASHLEY DIMARCO (3) PO JOHN CHRISEY. USA rests – Df rests.

Motion to Suppress is Denied based upon the reasons stated on the record as well as all of the reasons stated in USA's Brief in Opposition to Def's Motion to Suppress.

Donald C. Nugent 4/23/25

Length of Proceedings: 90 MIN.

Donald C. Nugent, U.S. District Judge