**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE COOK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 24-CR-347<br><br>JUDGE DONALD C. NUGENT<br><br><u>MOTION TO SUPPRESS SEARCH OF HOTEL ROOM AND CELL PHONE</u><br><br>*(Oral Hearing Requested)* |

The Defendant, by and through undersigned counsel, respectfully requests that this Court suppress all evidence that officers seized from the Defendant's hotel room and cell phone. A Brief in Support is attached hereto and expressly made a part hereof.

For all the reasons stated on the record.

GRANTED: _____ DENIED: X
IT IS SO ORDERED.
Donald C. Nugent 4/23/25
U.S. DISTRICT JUDGE

Respectfully submitted,

*/s/ James M. Kersey*
James M. Kersey (#0017785)
1360 East 9th Street
Suite 600, IMG Building
Cleveland, Ohio 44114
Telephone: (216) 241-3470
Facsimile: (216) 241-5464
Email: jkersey1@ameritech.net
**Attorney for Defendant**